ACCEPTED
14-15-00126-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
4/20/2015 4:08:20 PM
CHRISTOPHER PRINE
CLERK

**No. 14-15-00126-CR**
**No. 14-15-00127-CR**
**No. 14-15-00128-CR**
**No. 14-15-00129-CR**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

4/20/2015 4:08:20 PM

CHRISTOPHER A. PRINE
Clerk

In the
Court of Appeals
For the
Fourteenth District of Texas
At Houston

————————◆————————

**No. 1405266**
**No. 1405276**
**No. 1428986**
**No. 1428987**
In the 232nd District Court
Harris County, Texas

————————◆————————

JOSEPH HOENINGHAUS
*Appellant*
v.
THE STATE OF TEXAS
*Appellee*

————————◆————————

STATE'S MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE APPELLATE BRIEF

————————◆————————

**TO THE HONORABLE COURT OF APPEALS OF TEXAS:**

COMES NOW THE STATE OF TEXAS, in accordance with Rules 10.5(b)(1) and

38.6(d) of the Texas Rules of Appellate Procedure, and files this motion for extension of

time in which to file the State's brief in this case, and, in support thereof, presents the following:

1. In the 232nd District Court of Harris County, Texas, in cause number 1405266, on May 22, 2014, Appellant was convicted in **The State of Texas v. Joseph Hoeninghaus.**

2. For the offense of burglary of a habitation, his punishment was assessed at nine years in prison.

3. In the 232nd District Court of Harris County, Texas, in cause number 1405276, on May 22, 2014, Appellant was convicted in **The State of Texas v. Joseph Hoeninghaus.**

4. For the offense of possession of a controlled substance, his punishment was assessed at nine years in prison.

5. In the 232nd District Court of Harris County, Texas, in cause number 1428986, on May 22, 2014, Appellant was convicted in **The State of Texas v. Joseph Hoeninghaus.**

6. For the offense of burglary of a habitation, his punishment was assessed at nine years in prison.

7. In the 232nd District Court of Harris County, Texas, in cause number 1428987, on May 22, 2014, Appellant was convicted in **The State of Texas v. Joseph Hoeninghaus.**

8. For the offense of unauthorized use of a vehicle, his punishment was assessed at nine years in prison.

9. Written notices of appeal were filed on February 2, 2015.

10. Appellant's brief was filed with this Court on March 11, 2015.

11. The State's brief was due to be filed with this Court on April 10, 2015.

12.  An extension of time in which to file the State's brief is requested until April 21, 2015.

13.  No previous extensions have been granted to the State.

14.  The facts relied upon to explain the need for this extension are:

The State's brief in this case is being prepared by the Chief of the Appellate Division.  He has numerous other duties in that position.  Therefore, additional time has been necessary in order to prepare the State's brief.

WHEREFORE, the State prays that this Court will grant an extension of time until April 21, 2015, in which to file the State's brief in these cases.

Respectfully submitted,

/s/  **Alan Curry**

**ALAN CURRY**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002
(713) 755-5826
TBC No. 05263700
curry_alan@dao.hctx.net

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument has been mailed to the appellant at the following addresses on April 20, 2015:

Joseph Hoeninghaus
SPN # 02425262
Cell # 2G4
701 North San Jacinto
Houston, Texas  77002

/s/  **Alan Curry**

**ALAN CURRY**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002
(713) 755-5826
TBC No. 05263700
curry_alan@dao.hctx.net

Date:  April 20, 2015